IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | ) | CR 11-36-M-DWM-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EVAN JAMES CORUM, | ) | |
| Defendant. | ) | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on August 30, 2011. Neither party objected and therefore they are not entitled to <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." <u>United States v. Syrax</u>, 235 F.3d

1

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Evan James Corum's guilty plea after Corum appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of conspiracy to launder monetary instruments in violation of 18 U.S.C. § 1956(h) (Count IV) as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I-III and V-XXII of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (dkt # 42), and I adopt them in full, including the recommendation to defer acceptance of the plea until sentencing when the Court will have reviewed the Presentence Investigation Report.

Accordingly, IT IS HEREBY ORDERED that Evan James Corum's motion to change plea (dkt # 29) is GRANTED.

DATED this 20th day of September, 2011.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT